**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-7874

JAMES BENTON,

Plaintiff - Appellant,

versus

JON E. OZMINT; WILLIAM WHITE; JOSEPH ALEWINE;
DON DRISKELL; MICHAEL GOLLACH; MARTY MACKEY,
Broad River HCA; H. WRIGHT,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Cameron McGowan Currie, District
Judge.  (CA-04-905)

Submitted:  January 27, 2005          Decided:  February 7, 2005

Before LUTTIG and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

James Benton, Appellant Pro Se.  Daniel Roy Settana, Jr., Stephen
L. Hall, MCKAY, MCKAY & SETTANA, PA, Columbia, South Carolina;
James Miller Davis, Jr., DAVIDSON, MORRISON & LINDEMANN, PA,
Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James Benton appeals the district court's orders (1) affirming the magistrate judge's denial of Benton's motion for the appointment of counsel, and (2) accepting the recommendation of the magistrate judge and denying relief on Benton's 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Benton v. Ozmint, No. CA-04-905 (D.S.C. July 1, 2004; Oct. 27, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED